Angela McCain
570 State Street, Apt 1
Skagway, AK 99840
(813) 362-5004
Angela.L.McCain@gmail.com

January 6, 2022

Dear Honorable Judge Thrash,

My name is Angela McCain. I am currently the Director of Operations at Alaska 360, LLC a land-side tourism site in Skagway, Alaska. I have worked in the field of operations and logistics since 2015. Prior to that, after serving in the US Army, I graduated from the University of South Florida. I then worked in the fields of manufacturing, service, administration, logistics and operations.

I have known Brett as an employer and a friend for approximately 4 years now. I therefore believe I am in a position to speak to Brett's morale character. Throughout the time that I have known Brett, I have formed a very positive opinion of him. I have experienced Brett as an individual who is caring, honest, supportive, polite, in addition to being a family-oriented person. After speaking with Brett, I understand the seriousness of this matter, and this is why it is with great confidence that I am more than proud to write this character letter of Brett Sabado in hopes that the court will show some leniency.

I first was introduced to Brett in December of 2018, by a former employer/mentor, who had recommended me to Brett for some operational/logistical help he needed in setting up his new warehouse in Georgia. Immediately after being introduced to Brett, not only did we got along, but I could tell he has a good heart. My initial hiring was initially a short contract, but after seeing the wonderful work environment Brett had created, along with him liking my work ethic, paired with how well we worked together, I decided to make the move from my home to Georgia to work for Brett full-time. The thing that impressed me most about this was that Brett not only gave me time to transition out of my old job to this new position, he was more than kind/understanding enough for me to return to that job for several weeks to help train my replacement so that there was an actual transition/ training period for that employee. This is just one example of how caring he is. Not many, if any employers or companies would allow you to take time off to go back to your old job and help them in a training transition.

Another example that speaks to Brett's enduring character is when I did return to Georgia, Brett fully compensated my and two other new employees' hotel stay for the first weeks as we all settled into this new area. I still had not yet found a place to live, when Brett and his family moved into their new house, where they opened their home and hearts to me. After just knowing me for a short time, they volunteered/ insisted that I come stay in their home (rent free!) so that I would not have to feel rushed into choosing just any apartment. Brett even aided me in researching areas that a single woman could live in safely and comfortably. If I had needed to stay longer, I know for a fact that they would have let me stay. There were also countless family dinners, game nights, movie nights and family parties that he and his family included me in so that I did not feel alone in Georgia.

Before moving into my apartment, I had been house hunting and when applying for a loan, the loan officer needed more information about my income as I was a new employee and Brett opened up all his books for the loan officer. This is above and beyond anything I had ever seen an employer do for their employee. Brett even allowed me to give the loan officer his personal contact information so that whatever information was needed he could provide to them. Even my real estate agent and loan officer

commented on how amazingly generous this was and how very uncommon this was for someone else to do.

The biggest example of Brett's character was seen by me when I had to leave the company. I came to Brett to speak with him about how I was not able to work for him any longer because of family issues I had to resolve back home. Not only was Brett fully supportive, but he gave me time to make sure that this would be my final decision. He gave me several weeks to go home and ensure that this was what needed to be done, checked in with me during those few weeks, and even offered any support I thought of or that my family might need. In the end, I was unable to return to Georgia due to those family circumstances, but Brett also told me that his door would always be open to me. I have been many places, both good and bad during my military and professional career and I have met many people who said that their door would always be open to me. Brett is one of the very few I believe actually means it. If he gave you his word, he meant it. It's been long time passed when a man's word is his bond, this man however, is a shining example of that sediment.

I want to thank the court for reading this letter. It is my sincere hope the court takes this letter into consideration at the time of sentencing. Despite the current case, I believe Brett Sabado to be an honorable individual, a valuable member of the community, a caring father, along with being a great human being.

Please do not hesitate to contact me if you should require any further information.

Sincerely,

*[signature]*

Angela McCain

Brandon Sabado
680 Rhode Island Ave
Washington DC 20002
(909) 206-3519

<u>March 1, 2022</u>

To Whom it May Concern:

I, Brandon Sabado, am writing this letter as a testimonial of the character of my brother Brett Sabado. From a young age I have witnessed Brett selflessly and unconditionally love and serve his friends and family members. It was a normal occurrence that Brett and his family would open their home to loved ones who may have been down on their luck. While paying my way through college in 2018 Brett opened his home to me so that I could save up enough money to last me through to graduation. While living in their house I was able to see his daily interactions with his wife and children and how much of a role he plays as a loving father in their lives. Brett is an extremely genuine person who constantly uplifts those around him.

In my life alone Brett has always looked out for me and has always had my best interest at heart. During the period of our parent's brutal divorce I can recall times when, as a child, I was not taken into account both emotionally and physically. Being that there is a 7-year difference between Brett and myself, he would often advocate for my wellbeing when I could not. I specifically remember a time when I was 10 and my father was in a rage about something work-related and had decided to scream at me unprovoked. Brett came home and saw me in tears and acted well beyond his years and tried to deescalate the situation. When he could not calm my father down Brett did what he could to protect me and removed me from the house.

I know that my brother has a big heart. I know that regardless of what happens in his life he will keep those core values and continue to protect, care for, and build others around him.

Sincerely,

Brandon Derek Sabado

Program Analyst at the Department of State: Office of Children's Issues

Casey Nelson
1977 S 300 W #302
Salt Lake City, UT 84115
907.987.0731

01.09.2022

To Whom It May Concern:

I have known Brett Sabado to be a great friend, colleague, and mentor for over ten years. Throughout our friendship he has always been a rock I go to for help. He has been supportive and has challenged me with opportunities to grow both professionally and personally. I would not be the person I am today without the influence Brett has had on my life.

Our family has been blessed by his presence and the dynamic has done nothing but improve due to his contributions. He pushes for us to be closer and more connected and involved with each other. He has opened his home to me when I was transitioning careers. I have seen him be an extremely involved and present father to his two children and when I have the chance to be a mother, I cannot wait for Brett to be part of my children's life as an uncle, a teacher, a confidant, and a friend.

Brett has a good heart and strives to do what is right in every aspect of his life. It comes as no surprise to me that he is ready to accept responsibility for his actions and do what he can to make things right. I have no doubt that continuing forward he will emerge an even better person. Brett does not need this letter to show what an incredible person he is, but I wanted to share my experience regardless. I am sure if you ask anyone that has had the pleasure of knowing Brett, they would be able to write a message detailing his level of integrity.

It is my sincere hope the court takes this letter into consideration at the time of sentencing. It must be difficult to make decisions like this when you don't know the person standing in front of you. I hope you will look at my letter as well as the others I am sure you will receive and understand that he is the type of person that makes others better. Despite having to appear before you, I truly believe Brett to be one of the most honorable individuals I have ever had the chance of meeting.

Thank you for your time.

Casey Nelson

To Whom it may concern,

My name is Chad Lundell and I am writing as a witness to the character of my friend Brett Sabado. I met Brett approximately 15 years ago in Dallas Texas. We were introduced as coworkers for a company called TYM security. Our primary duties were to sell home security door to door. This position was unique in the sense that we were working away from our homes and the company paid for us to live in company housing which provided us the opportunity to form and develop very close relationships over the course of a summer we were required to be together in Texas. We were not only working together but we were living, eating, worshiping, commuting, shopping, and enjoying recreation together. During this time in my life, I had strayed away from the church of my youth that Brett was an active member of and he was a bright light and a much-needed friend. I was making decisions that were contrary to my morals such as, drinking, smoking, fornicating, and not serving my Heavenly Father through selfless sacrifice to others and Brett knew this but instead of judging me he immediately fellowshipped me and took me under his wing. Since then, he has always been a spiritual light in my life and someone I could look to for help with any challenge I was facing, so much so that his nickname over that summer and to this day was Elder Sabado. Elder is a Priesthood calling in our church that require us to live our lives at the highest moral standards such as honesty, charity, love, sacrifice, and service possible and being in Brett's presence both then and now it is clear to see that he is honoring his priesthood duties. Brett worked so hard that summer to help me remember the covenants that I had already made with my Heavenly Father not only through the way he lived but by his diligent efforts to help me stop smoking, and start attending church. He went to the suit store with me and helped me pick out a suit so that he could take me to church for the first time in over 10 years. That day back in church was a much-needed reminder in my life as to what I was sacrificing for superficial temporary happiness and Brett was the only reason that day ever happened. I truly believe that without Brett's efforts to help me at that time in

my life I would not be where I am today.   Throughout the years Brett and myself have stayed in closing contact talking frequently via phone and getting together in person as often as possible as we have both lived in various places located across the country. I remember a time when I was severely struggling spiritually with my choices and addictions Brett offered to give me a priesthood blessing where he told me that one day, I would be free from my addictions, and not only would I be a priesthood holding man but I would be morally fit to attend the temple which is the pinnacle of worshipping in our church. Well, it just so happened that in April of 2016 the day had finally came that I was prepared to enter the temple and Brett made sure that he flew himself across the country to be there with me and share in that moment on that special day. That is a perfect example of the kind of man that he is and the reason why I can easily, willingly, and comfortably testify to his character being that of the highest standards of ethics, honesty, hardworking, loving, caring, and diligence in doing what he knows to be right as set forth by the example his savior Jesus Christ modeled in his life.

Brett is a good man, an honest man, a family man, a friendly man, a God-fearing man, and a man that I know I could rely on if I ever needed anything and he has modeled that behavior to me as a young college student when I met him all the way through until now. He has consistently been a light in my life and someone who I looked up to as a voice of reason, knowledge, and hope. I willingly give this testimony of him and hope this letter gives insight into the life and character of my dear friend.

Sincerely,

Chad Lundell / chad.lundell@gmail.com / 801-664-9663

2905 South 2125 West

West Haven, UT 84401

Francis Sabado
11715 S. State Street
Apt T 201
Draper, Utah 84020

Dear Presiding Judge:

I am Brett Sabado's Father, a retired teacher, 67 yrs. old, from Pomona Unified School District in California. With your permission, I would like to speak on my son's behalf.

I almost died in November 2012 with what was later diagnosed as Meningitis, bacteria on the upper and lower spine. In the beginning after a couple of days of sickness, I could no longer walk. Brett came by several times and spoke on the phone with my daughter Brooke, a registered nurse, who was living in Maryland (and now lives in England). He decided to bring me directly to the Emergency room at Arrowhead Hospital in San Bernardino, where my daughter was past employed. I was examined and immediately admitted. I spent 3 weeks unconscious in a coma in the Intensive Care Unit. I was diagnosed to die, but did not.

Somehow, my son's decisions, managed to save my life. He helped me through 4 near-death up-and-down months in the hospital and 14 months in a nursing home. I learned to walk again and within a year, I was then able to return home under my son's care.

More importantly, I want to speak about my ex-wife, Melinda Elisabeth Green, who has been indicted and is now pending conviction and sentencing by the United States Federal Government. She connivingly lured Brett away from his then $90,000 per year job as a project engineer for C.W. Driver, a major Construction Corporation in San Diego, California. It makes me upset, because he was also just a few units away from his bachelor's degree at Brigham Young University and working full-time for C.W.Driver in his field of study that he had been preparing at this university for 4 years. His intent was to work full-time to support his family and finish his degree.

Melinda did all this damage and managed to accomplish it, knowingly, during the time I was incapacitated at the hospital and nursing home, or I would have had the opportunity to stop Brett, had I been coherent. He had no idea into what he was getting himself. While I was married to her, I worked with her during this time and could never stop her from doing fraudulent business. This was one of the reasons for our divorce.

When I was still married to Melinda, we were successful in the development of Electronic Dental Claims processing through N.E.I.C.(National Electronic Information Corp.) in 1989-92 with the usage of electronic X-rays and software which we developed along with the first ever claims to be sent electronically by computer. We processed the first 10,000 dental claims in this first year of anyone in the United States. My job was to handle the computer programming and reports. When we switched over to Medical Claims, she began "cutting corners" and began changing billing procedures. Her practices began spilling over into our daily life and other "shady" business transactions. I tried then to stop her from illegal insurance claims processing. When she refused, we began receiving letters from the California State Insurance Commissioner's Office, but she remained relentless.

I suggested she allow me to finish my teaching degree. She refused and demanded I continue to work. While continuing in our claims processing business, I began a Music Studio in Chino Hills, CA with about 15-20 students and began teaching as a course for other income. She filed for divorce and kept the business. I was married to her and I could never ever stop her.

I wish I had told Brett about all this before he started working with Melinda. Brett is very good at operations and making things efficient just like I am. There is no doubt that Melinda used Brett just like she used me when we were married and working together. I know that Brett regrets that very day and moment accepting his mother's proposal. As her son, I know Brett trusted her completely with everything she said and did. She handled all the insurance claims processing. I know within a year of working with his mother, he began to notice that there were practices and rules not being upheld. He also attempted to stop her and correct the situation like I tried to when I worked with Melinda. He was unsuccessful and was forced to terminate his employment. He never should have done business with her again. However, Melinda's persuasiveness and ability to change a little lie or a small truth into whatever she wanted and needed, has been her trademark for as long as I have known her.

I have been living in Melinda's lies since we were married, lies passed on to my children. She is conniving, manipulative, and convincing in her demeanor, even with her outward appearance, according to my therapist, during our divorce, who told me these results after managing to speak with her. When we were married, she forgot to mention that her father Anthonie Deklerk was a felon and being incarcerated at Chino Prison, CA, around 1981. He was operating without a Contractor's License for years and stealing thousands of dollars from California locals.  Melinda's brother, Robert Deklerk worked close with his father and is probably still wanted in California. Anthonie never finished his 3 year sentence and left the state of California during a furlough program set up by the prison. This was all kept from my children, including Brett. Eventually, I would be fortunate to learn the complete truth from Melinda's sister and brother.

After I returned from the hospital, it was difficult living on Disability. Brett helped me purchase a late model Chevrolet for my wife and I. A few years later when my wife died of complications. Brett came forward with all funeral expenses and stayed with me throughout. After my wife's death, I followed Brett to Utah at his invitation. After he moved, I was to head to Georgia when he had already established himself and his family to remain under his care. That was the plan. I have a lot of health problems and hope to still move close to Brett in the future before I die. I really enjoy being around his family. My daughter lives in England and will move home to the United States in a few years. My other 2 sons are not at a point in their lives where I can live with them.

My parents were both teachers and immigrants from the Philippine Islands and became naturalized US citizens in California before I was born. They were both very proud to be American Citizens after World War II and patriots during that war. My mother was in the Philippines during the Japanese occupation. My father worked at Sargent-Fletcher Airplane Corp., a manufacturer in California, as an airplane assembler.  Later in life, both would have their master's degree from Azusa Pacific University and Pasadena Nazarene College in California.

My parents always believed that education removed ignorance, and in most cases, multiple mistakes.

Brett, his wife Ali, my daughter Brooke, her husband Mike, and my son Brandon, all have college educations. Brett was always an excellent student in elementary school (he attended all Young Gifted Programs) through high school with a 4.0+ GPA and graduated in the top of his high school class. After graduation, he served for 2 years as a Missionary in North Carolina learning to care for, serve, and teach others. All of Melinda's family, including herself, never achieved any further education above a High School diploma.

I'm not suggesting that higher educated people do not make mistakes, but they have learned through a difficult process to change and earn a decent and respectable life by correct choices. They can choose and adapt. My daughter who worked at John Hopkins Hospital, MD., has helped countless patients and doctors. My son Brandon and son-and-law Michael Dunn help and defend our country working U.S. Government jobs.

I expect Brett to recalculate and re-learn by helping others, by defending the same Medicare Insurance Program that I am on now so dependent. I know he has been helping and cooperating with the government to make things right. Brett's knowledge of Medicare Laws and Practices are now probably quite relatively extensive. I hope his knowledge can be used to prevent Medicare Fraud and Deception. I know how he is and I'm sure he will prove himself extremely useful to our government. He is a quick learner with a high intelligence factor.

Sometimes it's hard for me to <u>not</u> think like a teacher. In the classroom, a repeat offender is often easier to judge, but difficult at times to find the right solution. With a single mistake, a remorseful character that has the integrity and willingness to adapt and change is different. I know Brett will keep his promises to change if given the opportunity to prove it by doing all he can to replace that which has been lost, including trust. I know in my own life that making mistakes is a significant part of the learning process to prevent us from making future mistakes and future bad decisions.

Please accept this letter as an apology for my son. I know his heart and he is good. I also hope and pray that the information I've given you will be helpful in determining Brett's outcome.


Sincerely,


Francis Sabado

Father of Brett Sabado

B.A. Music, California State University Los Angeles

October 31, 2021

RE:  Brett Sabado

To whom it may concern:

I have known Brett and his family for almost 3 years as a friend and as his Bishop in The Church of Jesus Christ of Latter-Day Saints.  During that time, I have seen Brett strive to do his best in providing for his family, setting a good example to his children, living our gospel principles, and serving in our congregation (ward).

Below are a few examples that I would like to share as you consider the next steps for Brett:

Brett has always been willing to serve in a calling for our congregation and help members as a ministering brother.  He has faithfully served as a counselor in our Sunday School Presidency, where he worked with the teachers and members to provide spiritually uplifting lessons and discussions for members to increase and strengthen their faith in Jesus Christ.  This involved leading teacher council meetings, having one-on-one teacher review/discussions, participate in one of our leadership councils, and help individual members with gospel questions.

Brett also participated on our Emergency Preparedness (EP) Committee, where our focus and objective was to help members become self-reliant in the following areas:  Spiritual, Education, Employment, Health, Social, and Financial.  On this committee, Brett helped provide information and plans to strengthen our EP calling tree, guide team captains on their responsibilities, and encourage members to begin strengthening their emergency preparedness kits (water, food, clothing, tools, supplies, etc.)

As a ministering brother, Brett was paired with another companion and had responsibility to "look after" 3 or 4 households, which entailed visiting to see how they were doing, teach lessons, or help with a house repair.  This service was invaluable to me as the Bishop of the congregation with over 450 members to ensure we were doing all we could to help members with potential needs, help them to follow our teachings and commandments, and provide critical updates to our ward leadership.

One of my responsibilities as the Bishop was to help members work through any serious spiritual/repentance issues.  Given the circumstances surrounding Brett, we began to meet on a regular basis as he began working on his repentance process to address the ecclesiastical requirements of being obedient to the commandments.  Brett has shown remorse and made a concerted effort to repair the damages caused by his actions and take the necessary steps to be forgiven for his mistakes.  Brett has been sincere in his effort to make himself a better person and disciple of Christ.

Throughout all of this, I have seen the love and kindness Brett has for others and specifically his wife and children.  His efforts to remediate any issues and to become a better person has been driven by his desire to take care of his family.  His love for them is evident in all that he does, and as a father wants to be his best in providing for his family in the future.  His family has faithfully continued to attend church and participate in the various activities we have for the members.  Brett has also been a huge support to Ali and her calling as our Young Women's President.  This is a demanding calling; responsible for our

young women (ages 12 – 18) and their progression in learning and developing their faith, skills and talents.

Brett is a valuable member of our congregation and his example and willingness to serve has been a blessing to our members and to his family.  I have enjoyed serving alongside him and in working with him through the challenges he is facing.  He is doing what he can to make things right.  He is continuing to help in service to our members.  And he is continuing to express his love for his family as a provider, caregiver, and spiritual leader.

Thank you for the opportunity to share my experiences with Brett since I have known him.

Best Regards,


Gary Isham

Michael J. Dunn

PSC 45 BOX 101

APO, AE 09468

+1 240 758 1527

mjdunndee@gmail.com

16 October 2021

To Whom it May Concern:

    I am writing this letter on behalf of my brother-in-law, Brett Anthony Sabado. I first met Brett in 2003, when he and his family moved to Redlands, CA following his parents' divorce. Although he was only 15 years old at the time, I was immediately drawn to Brett and impressed by his good-natured personality and intellect. His enthusiasm for life was infectious. I was equally impressed by his desire to serve others and by his loyalty to, and protection of, his family. In 2005, I married Brett's sister and that is when Brett became family to me. Since then, I have seen Brett progress from adolescence to adulthood. Along the way, Brett served a 2-year mission for our church, attended college, got married, and eventually became a father to my niece Ryan and nephew Boston. While Brett's professional pursuits and interests varied over the years, his love and loyalty of family never waned.

    Brett has always been willing to impart of his time, talents, and substance to others. As my career for the U.S. Government has taken me all over the globe for more than a decade, Brett has stepped up on our behalf when we could not be present on multiple occasions. When Brett was only 23 years old and newly married, he and his wife cared for my hospitalized father-in-

law. With the limited resources of a newlywed couple, Brett helped clean, pack, and move my father-in-law out of his house and into an assisted living center. I was deployed at the time and will always be thankful for his selfless actions. In 2017 and at 29 years old, Brett's stepmother unexpectedly died. Even though she was his stepmother for only two and half years, Brett arranged and helped pay for the funeral services and burial care. Instead of letting previous abusive relationships hinder Brett's compassion, he never hesitated to care for family members that could not care for themselves.

Like my wife, Brett was raised in an abusive environment. Despite that, I have never heard him complain about it, or use it as an excuse. If anything, it motivated him to be the devoted friend, brother, husband, uncle, and father that he is. Brett is a good person, with a big heart. I have often heard that books are not written, they are rewritten. I believe that Brett's book is not complete. No one is perfect, but I am confident that he will be a force for good in his family and community. I am excited for him to write his next chapter. Brett has always been there for my family, and for that I count myself truly thankful. I'd be happy to discuss this further and can be contacted at the information listed on this letter.

Sincerely,

Michael J. Dunn

United States Department of Defense GS-15 Civilian

Robert and Sigrid Calandra
813 Vanderbilt Avenue
Virginia Beach, Virginia 23451
recalandra@gmail.com

March 3, 2022

To Whom It May Concern:

We are writing on behalf of Brett Sabado. Brett is the wonderful husband of our lovely niece Ali. We have gotten to know Brett through family gatherings over the years and he has become an important part Ali's immediate and extended family—more of a true family member than an in-law. From the outset, Brett has had a special place in all our hearts because of his interest in getting to know each and every one of us and his kind, gentle nature. He shares his time, energy, and abilities in a humble way that reflects his love of family and service to others. Ali's father Stew is a strong protector of his family, especially his girls, and is intentionally hard on his sons-in-law. Brett won a special place in our hearts, including Stew's, as a faithful husband and father to his two young children who helps Ali's family in any way possible as if it were his own.

From the beginning of his marriage to Ali and as they had their children Ryan and Boston, Brett showed the depth of his character, patience, and love of family. At Ali's grandfather's memorial service three years ago, Brett and Ali shared a house with us and he welcomed others to come stay and eat with us making our shared temporary home the place we all gathered after many years apart. Contrary to what you might think about sharing quarters with relatives at a funeral, Brett managed to perfectly balance helpfulness, respect for our privacy and helping people have fun and positive moments. One of our favorite videos from that trip is of Brett teaching his children how to play foosball with patience for his young children, his joy of fatherhood clearly showing.

We are incredibly thankful to Brett for focusing on finding ways to bring our (Ali's) extended family together. In a family of 25 people spread across six states, staying in touch with each other is

close to impossible. Brett decided to start a Fantasy Football League with any of Ali's parents, sisters, brothers-in-law, cousins, uncles, and aunts who wanted to play. With some coaxing, he managed to enlist a member of every household in our extended family. Brett manages the league and is always available to help, encourage, and joke around with. Such a simple concept but such powerful results. We have interacted more in the past few seasons than ever before. There are always different points of view and relationship challenges in a big family, but Brett's desire to literally bring fun and games to our family, especially during the difficult times of the pandemic, is something we will always be thankful for.

Through raising our own family and from our long careers in federal service, we have learned that the true measure of an individual in not whether they fall, but how they pick themselves up and move forward in a positive way. We are so saddened that Brett is facing the current challenges in his life and at the same time, our spirits are lifted because we know he has the depth of his character to come through this an even stronger, wiser person. As fellow people of faith, we know Brett and Ali's faith in God, hope and love will carry them through these difficulties and that Brett will remain the rock of his family. He will continue to provide them emotional support even as he needs the support himself. Please let us know if you have any questions or wish to discuss any of this further.

Sincerely,

*Sigrid Calandra*

Sigrid Calandra
Retired Senior Executive Service Officer
25 years of Federal Government service

*Robert Calandra*

Robert Calandra
Retired GS-15
30 years of Federal Government service

# Character Reference for Brett Sabado

To whom it concerns,

I have known Brett Sabado for eleven years.  Brett's wife Ali and I have been best friends since 2004.

In the eleven years that I have known Brett, I have known him to be a great husband, an excellent father, and a man who is strong in his faith.  Brett has always been supportive in helping family.  All my interactions with Brett have been positive.

Brett is a leader in his home.  He has a great relationship with his children.  He always finds time for his children, and he makes it a point to put his family first.

Brett is also a leader in his community.  He spent several days in New Orleans volunteering with hurricane cleanup efforts.

Most recently, he helped support a family member after a serious accident.  With everything going on in his personal life, he put those issues aside to help his cousin, Brittany.  Brett's daily care of Brittany allowed Brittany's husband to continue working, keeping the home financially stable.  This would not have been possible without Brett's daily support. I think this selfless act best reflects Brett's character.

Brett Sabado is a good person and a strong family man.  Brett's character can be seen in the love and respect he has for his wife and children.  It can also be seen in the selfless acts he takes to volunteer at church, volunteer in his community, and support people in need.

Thank you.

Sarah Sage

1989 Peach Haven Ct

East Wenatchee, WA 98802

435-512-6459

Judge Thrash,

I am writing this letter hoping to have a positive influence on the sentencing of my Son-In-Law Brett Sabado.

I have followed from a distance many of the proceedings of this since he decided to go to work for his Mother and Step Father.  Brett and I are close and converse often by phone.  He consulted with me shortly after learning that they did not intend to retire nor sell the business to him.  We talked about the illegal manner in which the business was run and that he felt he would have to leave because he knew it was being run in a dishonest and immoral manner.  I was very proud of him as he did not delay and did just that and set up his own business while taking care of his step sister and her family at the same time.  He put in place safeguards to assure that things were done legally and properly.

Brett has always tried to include members of his extended family as well as friends in his business endeavors.  He is an entrepreneur at heart and often has several businesses active and successful at once.  He is happiest when he can see success happen to others around him. Brett is a person who has had great influence in our family because of his integrity and his honesty.  I have known Brett now for 10 plus years.  He came into my home very respectfully and met with me as he wanted to marry my daughter.  I was impressed then with his character and I remain impressed.  I don't think I have ever heard Brett use foul language anywhere at anytime.  He is kind and courteous to everyone he meets.  He is positive and upbeat.  He lifts everybody around him.  He is the kind of man you dream of marrying your daughter.  I might add that he is loved even more by his Mother-in-Law.

Let me give you a few examples of his integrity.
He served a 2 year mission to North Carolina (where he met my daughter) at his own expense, and taught about the life, teachings and example of Jesus Christ.  During those 2 years, he received no renumeration, did not date, worked 60 to 80 hour weeks, had no choice of where he would live or stay.  He was such an example that he was called repeatedly as a leader of groups of 8 to 12, groups of 20 to 40 and ultimately as the Assistant to the President of the entire North Carolina area and 150+ individuals.  He gave up family and job and sacrificed 100% of all he had to serve in this capacity.  Nothing was promised him upon his return, and he started over after 2 years.

Brett has remained faithful in his church and held church leadership positions.  Having been a Bishop in The Church of Jesus Christ of Latter Day Saints, I understand the following.  The local leaders must investigate and judge his actions as that is their responsibility and role that falls on their shoulders.  Little to no tolerance is given to those in the Church who violate the law, particularly felons.  I can proudly report that he remains a member in good standing.
Recently he has participated in a all volunteer effort to go and spend multiple days at his own expense including travel to manually clean up after Hurricane Ida in Louisiana.  This was extremely intense hard work in heat humidity with long hours for hard hit homeowners.  They had not solicited help but were extremely grateful for the clean-up work performed without any cost to them.  Brett told me of his efforts and how difficult it was, then told me how glad he was to help out.

While he has been under indictment for his involvement with his parents business he has gone the extra mile to explain and teach the federal agents exactly how things work, what to look for, how the loopholes in the system are exploited. He did this not because he did those things but because he was in the industry, he is very intelligent and he had many people trying to subvert his successful businesses for their own gain.

I urge you to do everything in your power to reduce, eliminate in any way possible the sentence you will give to this man who has lived an exemplary life.

Stew Nelson
Gooding, Idaho
208-358-1922
snelson@cableone.net