# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:21-cr-00226-TWT
## USA v. Sabado
## Honorable Thomas W. Thrash, Jr.

Minute Sheet for proceedings held In Open Court on 06/23/2022.

| | |
|---|---|
| TIME COURT COMMENCED: 2:00 P.M. | COURT REPORTER: Diane Peede |
| TIME COURT CONCLUDED: 3:10 P.M. | CSO/DUSM: 1 CSO |
| TIME IN COURT: 1:10 | USPO: Cathleen Yetzer |
| OFFICE LOCATION: Atlanta | DEPUTY CLERK: Jordyn Holder |

| | |
|---|---|
| DEFENDANT(S): | [1]Brett Sabado Present at proceedings |
| ATTORNEY(S) PRESENT: | Angela Adams representing USA<br>John Sullivan representing Brett Sabado |
| PROCEEDING CATEGORY: | Sentencing Hearing(Sentencing Hearing Non-evidentiary); |
| MINUTE TEXT: | The Court adopted the presentence report and made it the findings of the Court. The Court heard argument from both sides on the Government's Motion for 5K Departure filed within the [21] Sentencing Memorandum. The Court GRANTED the motion for the reasons stated on the record. The Court heard from the Government and the Defendant's counsel on the sentence to be imposed. The Defendant was given the right of allocution. The Court pronounced the sentence as to Count 1 of the Information as 60 months CBOP with 3 years supervised release to follow and a $100 special assessment. The Court imposed a fine of $25,000. The Defendant was informed of his right to appeal his sentence. The Court recommended to the BOP that the Defendant be housed in a facility consistent with his security classification such as FPC Pensacola. The Defendant shall voluntarily surrender when directed by the BOP. |
| HEARING STATUS: | Hearing Concluded |